IN THE UNITED DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IMAGE PROFESSIONALS GMBH d/b/a
STOCKFOOD,

    Plaintiff,

v.

TELI, LLC d/b/a PATIO CAFÉ,

    Defendant.

Case No. 2:25-cv-117

## DEFENDANT'S ANSWER AND DEFENSES

Defendant Teli, LLC, by and through its undersigned counsel, responds to the complaint and for its answer and defenses alleges:

FIRST DEFENSE

Defendant answers the corresponding numbered paragraphs of the complaint alleging as follows:

1. Defendant is without knowledge or information sufficient to admit or deny the allegations of Paragraph 1.
2. Admitted
3. Admitted
4. Admitted
5. Admitted
6. Defendant is without knowledge or information sufficient to admit or deny the allegations of Paragraph 6.

7. Defendant is without knowledge or information sufficient to admit or deny the allegations of Paragraph 7.
8. Defendant is without knowledge or information sufficient to admit or deny the allegations of Paragraph 8.
9. Defendant is without knowledge or information sufficient to admit or deny the allegations of Paragraph 9.
10. Defendant is without knowledge or information sufficient to admit or deny the allegations of Paragraph 10.
11. Defendant is without knowledge or information sufficient to admit or deny the allegations of Paragraph 11.
12. Admitted
13. Admitted
14. Denied
15. Denied
16. Denied
17. Denied
18. Denied
19. Denied
20. Denied
21. Defendant repeats and realleges its responses to Paragraphs 1 -20.
22. Denied
23. Denied
24. Denied

25. Denied

26. Denied

27. Denied

28. Denied

29. Denied

30. Denied

31. Denied

32. Denied

33. All allegations not specifically admitted are denied.

## SECOND DEFENSE

The complaint fails to state a claim upon which relief can be granted.

## THIRD DEFENSE

The photograph which is alleged to be subject to copyright depicts a utilitarian object lacking artistic elements separate from its utilitarian aspects. *Mazer v. Stein*, 347 U.S. 201 (1954).

## FOURTH DEFENSE

The photograph which is alleged to be subject to copyright is not "original" in that it lacks a minimum level of creativity. *Feist Publications v. Rural Telephone Service*, 499 U.S. 340 (1991).

## FIFTH DEFENSE

Any infringement of Plaintiff's copyright by Defendant was innocent and without knowledge of the copyright.

SIXTH DEFENSE

The Defendant at no time copied any copyrighted photograph of Plaintiff's.

SEVENTH DEFENSE

This action is untimely and was commenced beyond the statute of limitations; more than three years after the claim accrued.

EIGHTH DEFENSE

Any photograph of a hamburger similar to Plaintiff's was a work created independently and innocently without any knowledge of Plaintiff's photograph.

NINTH DEFENSE

Plaintiff's photograph of a common hamburger is a common theme and not subject to copyright. The Doctrine of *Scenes a Faire* applies.

TENTH DEFENSE

Any use by Defendant of Plaintiff's photograph constitutes fair use and is not actionable.

ELEVENTH DEFENSE

Plaintiff's unreasonable delay in bringing this action constitutes laches and renders its claim invalid.

WHEREFORE, Defendant prays that complaint be dismissed and that Defendant be awarded its costs and attorney's fees.

    /s/Mark B Cohn
Mark B Cohn (Fla. Bar No. 217891)
2500 Airport Road South, Ste 215
Naples, FL 34112
239 450 2019
mark@markcohnlaw.com
Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

      A copy of the foregoing has been served electronically upon Daniel DeSouza, and Meghan Medacier, counsel for plaintiff, at <u>dan@copycatlegal.com</u> and meghan@copycatlegal.com this 16th day of April, 2025 by use of CM/ECF.

                                            <u>    /s/ Mark B Cohn          </u>
                                                     Mark B Cohn